UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGELA COOK, ) | |
| ) | CASE NO.: 3:12-CV-00377-RCJ-WGC |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #18) entered on February 27, 2014, in which the Magistrate Judge recommends that the Court grant an extension of time for service, *nunc pro tunc*, and deny Defendant's Motion to Dismiss (#15). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #18).

IT IS SO ORDERED this 3rd day of April, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE