|   |   |
|---|---|
|   | UNITED STATES DISTRICT COURT |
|   | DISTRICT OF NEVADA |
|   | * * * |
| ANGELA COOK,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | 3:12-CV-00377-RCJ-WGC<br><br><br><br>ORDER |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #33) entered on February 9, 2016, in which the Magistrate Judge recommends the Court deny Plaintiff's Motion for Remand/Reversal (ECF #29) and grant Defendant's Cross-Motion for Summary Judgment (ECF #30) and affirm the ALJ's decision.  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #33).

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand/Reversal (ECF #29) is DENIED.

///

///

IT IS FURTHER ORDERED that Defendant's Cross-Motion for Summary Judgment (ECF #30) is GRANTED and the ALJ's decision is AFFIRMED.  The Clerk of the Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 29th day of February, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE